May I please accord your honor, I am Seher Makarius, representing Mr. Nawar. In this case, Mr. Nawar has applied for withholding of removal, because he applied after one year from his entry to the United States. He demonstrated many issues of persecution. The judge, the most important issue is that the judge found him credible. She believed everything that he said. However, the judge failed to connect the issue of shooting, the issue of his wife being pushed at the subway station or the tram station, and got injured and was put in a cast. The judge ignored the issue of the child was about to be kidnapped by somebody who dressed like a Muslim fanatic. All of these issues, combined with the threat that they are going to kidnap his wife and his daughter, was sufficient to find persecution that rise up to the level of withholding. More likely than not, then he would be persecuted and he should have been granted withholding. How much heavier is your burden in this case, because it's a withholding case? Fifty-one percent. Not an asylum. The IJ has to conclude by 51% or the BIA, but now you're on appeal to us, so what do we have to conclude? That no reasonable person could find that you didn't meet the 51% burden, if you will? Your Honor, the court agreed that the event that happened to the wife and the attempted kidnapping of the children and the fake marriage that they conducted after they left the country, All of that is true, because she believed the applicant, but she did not find nexus between that and her involvement with a Christian who was being forced to marry a Muslim. The judge did not see the... It's both, Your Honor. Number one is there is a huge nexus. Nobody is going to come out of his way and push that woman who is dressed like a Muslim, I don't want to say fundamentals, without his behavior. Probably we've got the same guys roaming around from case to case. Yes. We, no, Your Honor... I don't mean to make you uncomfortable. It's the dress in both cases that... The dress is a flag that this person belongs to a religious organization. The behavior moves that person from being a normal religious person to a fanatic, to somebody who commits an act of terrorism by pushing this woman. People riding on a motorcycle and shooting these people just after this incident. Somebody who dressed like a religious person and tried to kidnap that woman, the girl from the school. That's an act of terrorism. In addition to that, Your Honor, I think the judge failed to see the picture of fake marriage that would be applied to the wife if she returned to Egypt. If she returned to Egypt, this woman would be taken to the custody of her husband and she would be having intercourse with him against her will and he would not call that rape. Nobody wants to see this way. At least the rapist knows that he's committing a rape and he would be ashamed of his act as it was in Kafur's case when an officer attempted to rape a 13-year-old girl. He was ashamed of that and he told them, don't mention that issue anymore. Tell me what the record reflects with respect to the fake marriage. What happened after they fled to the United States, their house was ransacked and they stole their ID. Right. They used that ID to conduct a marriage. In Egypt, the marriage can be done without the presence of the person. So these were actions that took place after they left Egypt? Correct, Your Honor. That's what I thought. And by doing this, all of this is not enough to satisfy the 51%? I doubt it, Your Honor. Can you tell me, and I'm interested, what happened to the wife's asylum application? His wife's asylum application, I filed a motion to reopen and this was granted. And now it's on march for a hearing on the merits. So just quickly, is he derivative of that? No. They have two separate applications. But her application was initially denied and you filed a motion to reopen, is that? Correct, Your Honor. But she was asylum. She was asylum, I understand. And your petition for reopen was based on what? Based on the change of country condition, Your Honor. And the board granted it? Correct, Your Honor. You mean the country conditions in light of the revolution, in light of Morsi? That's correct, Your Honor. And so you're now on her case back before the board? Correct, before the judge. Why didn't you make a motion here? The government has given me the reason not to do it on page 28 of their brief. They said the standard here is higher. It's with 51% not on asylum. Well, he did file – let me ask you this. Why haven't you considered filing an asylum application and try to get around the one-year bar by arguing changed country conditions? My asylum application will not be accepted as long as one was already submitted. The focus will be on the last application that was submitted. And the only issue, if the case went back to the judge, I might argue this issue, the judge might agree or not. Well, but it sort of strikes me as strange. The BIA has said in the wife's case the exact same country conditions that apply to your client would justify reopening of the case. And you could file an asylum application. It may not get acted on until this one is disposed of, but you could file an asylum application and avoid the time bar based on changed country conditions, correct? If I go back before the judge, I can argue that the one year will start from the changed country condition. Right. So why isn't – I mean, I guess we have the case in front of us that we have in front of us, but it strikes me as sort of strange that in one case on the same facts you went back to the board and said take another look at them, and they said, sure, we will. In this case, on this set of facts, you didn't ask the board to take another look at them. Your Honor, number one is the issue of withholding, which is a higher standard that the board might say even if the change of country condition, that might not satisfy the burden approved for 51 percent. But they might say that in the wife's case, too. They might say it doesn't satisfy the lower burden approved. The question is why shouldn't you ask them in the first instance to take a look at these? Because I'm asking this court to find that the decision that was issued by the board and by the judge was arbitrary and precious. I understand. That's number one. Number two, Your Honor, I'm also hoping that this court will issue a judicial decision here, notice on this case, which in essence is going not only to help this case, it will help all the cases in the pipeline. If this court finds out there's a change of country condition, every single case should not only wait for a motion to reopen, but the government should really retract all of these decisions and bring those cases back. I hate to say that we impose on the automobile industry the rules that if there is any defect in the tire, in the wheels, in the carpet, we should recall the bad cars back. And the government does not do that when it comes to the life of Catholic Christians in Egypt, despite the change of country condition that happens every day. An hour ago, we discovered that the government, the Muslim Brotherhood, attacked the peaceful demonstration that happened a few days ago. The changes of country condition happens every day. By Coptic Christians? Was it a demonstration by Coptic Christians? Some of them were Coptic Christians. Some of them were Mubarak supporters, I assume. And some of them were just peaceful, moderate Muslims. But they disagreed with the fundamentalist attitude of the government. The mercy who said, nobody can review my work. He fired the chief justice. He fired the attorney general. All of this is against the Constitution. He dissolves. Well, we're having enough trouble with American law. I'm not sure I want to delve into whether or not it was contrary to the Egyptian Constitution. But, Your Honor, it shows the attitude of the Muslim Brotherhood. And these are the 74%. May I continue? Well, we're the ones that we initiated the order and asked the parties to be prepared to discuss before because there was a significant change in Egypt with the revolution. Yes, Your Honor. Which ultimately led to Mubarak getting power. And I agree with the court 100%. And even with the notice of the court to give us satisfy rule 201E that says we have to give the government a chance to defend the judicial notice. But this all could be brought to the board's attention through a motion to reopen. And it can be brought to the court. Just as you apparently were successful with the wife here. The government was ‑‑ I did cite many cases where I was successful even before the most recent event in Egypt in reopening cases. And the government responded in the brief on page 28 by saying these were all asylum. This was all ‑‑ Yes, that's understood. Don't count on any. But you never filed a petition. I guess my question is, I don't know if we have the power to do this, but what if we were to suspend the appeal pending you filing a petition to reopen with the BIA? That would be an option, Your Honor. I would welcome. But if they did not approve it, it would be as good as ‑‑ You'll be back here. There will be three judges here. That's correct. We have an inexhaustible supply. But, Your Honor, if the court thinks about how unconscionable it is for the government to say Mr. Nawaz should be deported today. Well, we don't know that the government is actually moving people to Egypt or that Egypt is even accepting people from the United States who are removed. Do you know? I don't because I was fortunate to reopen my client's cases, but I know that some people did flee to other parts of the world because you are afraid of the deportation order, because the life here without proper documentation is not pleasant. And they did flee to Canada. But, you know, the government doesn't always ‑‑ the government can exercise its discretion right up to the end not to remove people to Egypt, Coptic Christians, or, you know, the Egyptian government may not be taking. But also they might also exercise the discretion of deporting them. That will leave it in the hands of the government that we call them, abuse their discretion to begin with. Well, but at the end of the day, even if you establish all the predicates, the Attorney General has the discretion not to grant asylum, right? Correct. But, again, he cannot ‑‑ if he did abuse the discretion, I will come back to this court. But we can't. The problem is no matter how many times you come back, we can't order him to grant asylum. But also, Your Honor, there is one more important issue beyond all of this issue for the motion to reopen. Motion to reopen, this court granted us state of deportation, which gives protection to my client. He can sleep. Motion to reopen will never grant state of deportation. I have cases wherein I filed motion to reopen and immediately my client got picked up. Well, but that was after a court of appeals decision. That was cases when I did not get to the court of appeals. My client came to me afterward. Okay. I understand. And it's definitely a suggestion that we can file a motion to reopen. I do welcome that, Your Honor. If the court is willing to suspend the decision. But also I urge the court to make a judicial notice, which will benefit not only this case, but it will benefit a lot of cases in the pipeline. At least when I file a motion to reopen, I have something strong to rely on in this circuit. Okay. And also I do urge the court to tell the Attorney General, take these cases back. Act at least as a automobile industry behaves. I understand, Your Honor. Thank you, Your Honor. Thank you. Thank you. Mr. Jeffrey Meyer for the respondent. Your Honor. Could you address, this strikes me as a case with a strange procedural background because the wife's asylum application is now back before the board to argue whether or not exactly the same country conditions that would apply to the husband's application warrant some sort of relief. In light of that context, what should we do with the case? Well, I know that your opponent's arguing for a general ruling that all cases, but this is a strange case because exactly the same facts apply to the wife and the husband. Well, there's some back and forth in the transcript about consolidating the wife and the husband. Right. And the I.J. didn't do it because one was an application for asylum and the other was withholding. But put aside the consolidation issue, now that we know what the board has done in the wife's case, take it as a matter of public record, why shouldn't we do something in the nature of consolidation? Yeah. I did not find an order granting reopening, but I'm assuming that is true. I mean, it's really incumbent upon the petitioner to come forth with his evidence. And that's exactly what he needs to do, is make a motion to reopen. Right. It's changed country conditions, and you're right. He can go back, and this is standard procedure. Attached to your motion to reopen is your successive asylum application. And you've put forth all your evidence about changed country conditions and how it affects your claim, and the board says yes or no. But he can now, he does not have to be bound just to withholding of removal. Do we have to adjudicate this appeal, or can we somehow put it on the shelf while that stuff happens? I think you can still adjudicate the appeal. I know we can. I guess I was asking whether we could do the other. I don't know the authority issue there. I mean, I would point out that if there's a reopening. We would lose jurisdiction. Yeah, there's no final order, right? Right. So, I mean, we have discretion. I mean, we could always just suspend proceedings for a short period of time to allow him to file a motion to reopen. And if the board grants it, then we would lose jurisdiction because there would be no final order of removal, and then we would dismiss the appeal, and they could consolidate their cases and work through the administrative process together, which is really what should happen if it's a husband and wife situation. Yeah. It shouldn't be so. I mean, I don't think the government would. . . Do you really think. . . You were going to tell us that the government would remove the husband and let the wife stay? That's not going to happen. The other issue is he's perfectly free to, with his motion, move for a stay before the board. The board also grants stays. So that's not an issue either. Yeah. And if the board refused to stay, then he could come back here and ask us about it. Right. And there's an automatic stay provision here, right? Yeah. He's filing a petition. I think what we're all struggling with here, at least in this case, is the board has really taken this new set of facts back with respect to an identically situated person, other than the fact that the initial application was withholding, and is going to make some decision based on whatever the changed country conditions are. It just sort of seems strange to me to say, well, we'll proceed on with this case, face what may be difficult issues in the case, and make decisions when the board seems perfectly willing to consider the changed country conditions. I don't really know how to respond to that, because this is news to me. Well, it was news to me, too. All I knew from the record was that the wife had applied for asylum. Yeah, she had her separate file. And so I would ask the parties in the 28J area to give us some information about what's actually happened with this petition. We can take the case under submission, the conclusion of oral argument, and just let it sit there. And see if it gets reopened. What? And see if it gets reopened. Well, see if he can file the motion. Yeah. Yeah. I mean, we do that all the time. We could ask the parties to inform us whether such a petition has been filed and the disposition of it. That seems reasonable to me. Or maybe send it to arbitration or to mediation. And then he can gather his facts and present his motion. But it's incumbent upon him to do that. Just for a minute, in the event that nothing pans out for him, what's your position just quickly on the merits of the petition for review? We're within the world of withholding. So it's a higher standard of proof. That's right. There's very little to show. What we have are threats. Yeah, really we have threats here. It's really a threat case because we have the two incidents in July and September of 2001 where she's pushed at the train station and then when the motorcycle shoots at the car. And in that respect, there's no nexus finding on that. So you're left with just the threats here. The bulk of the threats or many of the threats are to the wife and not to the husband. Is that right? In other words, the subway incident occurs. Is he there? No, I don't think so. Which is the most serious physical? Yeah, she's there with a friend or something. And with respect to the shooting, who's in? It's a husband and wife in the car. Husband and wife are both in the car. Yeah, and then they turn the corner and lose this. And with respect to the sort of threats that you'll have to marry somebody else and divorce your husband, are those threats made to the husband or to the wife? I think those are made to the wife. That's what I thought. And I have to be honest. I was not aware of any fact issue about a fake marriage. I wasn't either in reading the record, and that's why I asked counsel. So I just don't. I know that he alleges that while in the United States his apartment's broken into, jewelry's taken, his driver's license taken. But that's the extent of it. Yeah, I'll ask again, but I'll look. I know that the record reflects this fake marriage. Certainly no findings below reflect it. Right. Okay. I have nothing further. Thank you. Thank you. Thank you. The matter is submitted. Do you want to say something? I think I need to answer a few questions. What? Well, I just want to know where it is in the record. Your Honor, I believe that you received a call. No, I know the facts that you allege. Just tell me where I can find them in the record. In the administrative record. In the administrative record of this case. Not in your brief, but in the administrative record. Yes, Your Honor. I don't have it in front of me, but I would be happy to file it with 28J as you suggested about the facts. Sure. And I think if you are going to file it with 28J, it would be very helpful for us to have a copy of any BIA decision reopening the wife's case. Yes, Your Honor. And the new court hearing date that she has. Yes, that would be very helpful for us. Yes, Your Honor. And may I supplement it with some country condition just in case the court decided to make judicial notice, because my understanding of 28J that it can be done any time after the hearing, and the court might take this into consideration. We're familiar with GAFOR. Yes, Your Honor. We're familiar with GAFOR. I'm sorry, Your Honor. I didn't mean to. I'm just trying to say if I have boundary here or the court will impose. Well, we've been telling lawyers this morning how to practice law probably too much, so you decide what you need to file with us. No, Your Honor. I just wanted to inspect if the court wants to impose any boundary on 28J. I think 28J imposes its own boundaries. You have to stay within them. Yes. Thank you, Your Honor. All right. Have a good day, everybody.
judges: Pregerson, Paez, Hurwitz